UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KELVIN WELLS, ET AL.

VERSUS

MAGNOLIA WOODS ELEMENTARY
SCHOOL, ET AL.

CIVIL ACTION

NO. 11-603-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Docia L. Dalby dated November 8, 2012 (doc. no. 188) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, plaintiffs' claims are DISMISSED for failure to state claims upon which relief may be granted. Further, to the extent plaintiffs have stated any state law claims, the court declines to exercise jurisdiction over those claims.

Baton Rouge, Louisiana, this 14 day of December, 2012.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE